UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROBERTA LYNN OTTERSTEIN,           )
                                    )    No.  CV-08-3072-CI
              Plaintiff,            )
                                    )
v.                                  )    ORDER GRANTING STIPULATED
                                    )    MOTION FOR REMAND PURSUANT
MICHAEL J. ASTRUE,                  )    TO SENTENCE FOUR OF 42
Commissioner of Social              )    U.S.C. § 405(g)
Security,                           )
                                    )
              Defendant.            )

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 31)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion for Remand **(Ct. Rec. 31)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will update the medical evidence, to include medical source statements; evaluate all of the medical source opinions, particularly the opinions of Drs. Kite,

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1  Page, and Reinmuth, in accordance with Social Security regulations

2  and Rulings, explaining the weight given with appropriate rationale

3  for accepting or rejecting each assessed limitation; re-evaluate

4  Plaintiff's credibility pursuant to *Social Security Ruling* (*SSR*) 96-

5  7p; address the lay statement by Plaintiff's sister pursuant to *SSR*

6  06-03p; re-evaluate Plaintiff's residual functional capacity

7  pursuant to *SSR* 96-8p; and if necessary, obtain supplemental

8  vocational evidence at step five of the sequential process.

9       2.   Judgment shall be entered for the **PLAINTIFF**.

10      3.   An application for attorney fees may be filed by separate

11 motion.

12      The District Court Executive is directed to enter this Order,

13 forward copies to counsel, and thereafter shall close this file.

14      DATED July 15, 2009.

15

16           _____S/ CYNTHIA IMBROGNO_____
                 UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2